ORIGINAL

FILED

07/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0288

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0288

_____

ROBERT DONALD-LAVERNE BOONE,

      Appellant,

v.

                                   O R D E R

STATE OF MONTANA,

      Appellee.

_____

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until September 11, 2024, to prepare, file, and serve his opening brief.

DATED this 8th day of July, 2024.

For the Court,

_____
Chief Justice

FILED

JUL 0 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana